UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRA HAUTE DIVISION

| | |
|---|---|
| CHRISTOPHER L. COX,<br><br>　　　Plaintiff,<br><br>v.<br><br>PROFESSIONAL ACCOUNTS SERVICE, INC.,<br><br>　　　Defendant. | 2:18-cv-00520-JMS-MJD |

**PLAINTIFF'S PRELIMINARY WITNESSES AND EXHIBITS LIST**

　　Pursuant to the Court's Case Management Plan, CHRISTOPHER L. COX ("Plaintiff") hereby submits Plaintiff's Preliminary Witnesses and Exhibits List to PROFESSIONAL ACCOUNTS SERVICE, INC. ("Defendant").

　　A. **Plaintiff's Preliminary Witnesses List,** or categories of witnesses, are:

　　　1. Plaintiff.

　　　2. Plaintiff's wife.

　　　3. Defendant's President, Office Manager, and other possible officers or employees.

　　　4. All individuals disclosed by Defendant in Defendant's Initial Disclosures.

　　　5. Unknown individuals currently and formerly under Defendant's employ with knowledge of Defendant's collection systems, policies and practices.

　　　6. Unknown individuals currently and formerly under the employ of C. Michael Knepper, DDC PC, originator of the debt(s) that Defendant was seeking collection on, with knowledge of the business relationship and referral of

accounts system to Defendant.

\* Plaintiff reserves the right to supplement this Preliminary Witnesses List.

B. **Plaintiff's Preliminary Exhibits List,** or categories of exhibits, are:

1. All relevant business records of Defendant.

2. All relevant business records of accounts with C. Michael Knepper, DDC PC, the originator of the debt(s) upon which Defendant was seeking collection.

3. All relevant business records between Defendant and the C. Michael Knepper, DDC PC, the originator of the debt(s) upon which Defendant was seeking collection.

4. All relevant records of Plaintiff.

5. All relevant records of Plaintiff's wife.

6. All correspondences sent to Plaintiff by Defendant.

7. All correspondences sent by C. Michael Knepper, DDC PC, the originator of the debt(s) upon which Defendant was seeking collection.

8. All documents related to Plaintiff's damages.

9. All pleadings in this case.

10. All documents produced in discovery by Defendant.

11. All documents necessary for impeachment or rebuttal.

12. All exhibits that may be listed or used by Defendant.

13. All documents initially disclosed by Defendant pursuant to Federal Rule of Civil Procedure 26.

14. All recorded statements and/or depositions of any individuals with information

relating to the subject matter of this litigation.

15. All other documents located through further investigation and/or discovery.

\* Plaintiff reserves the right to supplement this Preliminary Exhibits List.

Dated: March 14, 2019

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff
Admitted in the Southern District of Indiana
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181 x113 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

  The undersigned, one of the attorneys for Plaintiff, certifies that on March 14, 2019, he caused a copy of the foregoing **PLAINTIFF'S PRELIMINARY WITNESSES AND EXHIBITS LIST**, to be served via email on:

**Todd Alan Berry**
P.O. Box 10548
Terre Haute, IN 47801
Phone: (812) 299-9028
Email: toddalanberry@gmail.com

            s/ Nathan C. Volheim
            Nathan C. Volheim, Esq.
            *Counsel for Plaintiff*